# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DIGITALDOORS, INC., §<br>§<br>*Plaintiff* §<br>§<br>v. §<br>§<br>FIRST FINANCIAL BANK, §<br>§<br>*Defendant.* § | | CIVIL ACTION NO. 2:24-cv-780<br>LEAD CASE<br><br>JURY TRIAL DEMANDED |
| DIGITALDOORS, INC., §<br>§<br>*Plaintiff* §<br>§<br>v. §<br>§<br>FIRST FOUNDATION BANK, §<br>§<br>*Defendant.* § | | CIVIL ACTION NO. 2:24-cv-0781<br><br>JURY TRIAL DEMANDED |
| DIGITALDOORS, INC., §<br>§<br>*Plaintiff* §<br>§<br>v. §<br>§<br>STIFEL BANK, §<br>§<br>*Defendant.* § | | CIVIL ACTION NO. 2:24-cv-0784<br><br>JURY TRIAL DEMANDED |

## **CONSENT MOTION FOR ENTRY OF AGREED SCHEDULING ORDER**

Plaintiff DigitalDoors, Inc. respectfully submits the attached Agreed Scheduling Order.  Entry is respectfully requested.

//

Dated: November 20, 2024      Respectfully Submitted,

> */s/ M. Scott Fuller*
> M. Scott Fuller
>    Texas Bar No. 24036607
>    sfuller@ghiplaw.com
> Randall Garteiser
>    Texas Bar No. 24038912
>    rgarteiser@ghiplaw.com
> Christopher A. Honea
>    Texas Bar No. 24059967
>    chonea@ghiplaw.com
>
> **GARTEISER HONEA, PLLC**
> 119 W. Ferguson Street
> Tyler, Texas 75702
> Telephone: (903) 705-7420
> Facsimile: (903) 405-3999
>
> **ATTORNEYS FOR PLAINTIFF**
> **DIGITALDOORS, INC.**

## CERTIFICATE OF CONFERENCE

The undersigned confirms that the subject matter of the foregoing, and the appended Scheduling Order, have been approved by counsel for Defendant.

> */s/ M. Scott Fuller*
> M. Scott Fuller

## CERTIFICATE OF SERVICE

The undersigned confirms that the foregoing document has been served on all counsel of record via ECF.

> */s/ M. Scott Fuller*
> M. Scott Fuller